**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-6303

IRAN DWAYNE KETCHUP,

Petitioner - Appellant,

v.

JOE D. DRIVER, Warden,

Respondent – Appellee,

Appeal from the United States District Court for the Northern District of West Virginia, at Elkins.  Robert E. Maxwell, Senior District Judge.  (2:08-cv-00053-REM-JES)

Submitted: August 6, 2009          Decided: August 21, 2009

Before MICHAEL and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Iran Dwayne Ketchup, Appellant Pro Se.  Daniel W. Dickinson, Jr., Assistant United States Attorney, Wheeling, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Iran Dwayne Ketchup, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2006) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Ketchup v. Driver, No. 2:08-cv-00053-REM-JES (N.D.W. Va. Jan. 23, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED